UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-49-FL

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| A 2017 FORD F-150 RAPTOR<br>VIN: 1FTFW1RG3HFC79502 | |

Pending before the Court is a consent motion pursuant to 18 U.S.C. § 981(g)(2) to stay these proceedings in light of the related criminal investigation and case in Pitt County, North Carolina. For good cause shown, and finding that the provisions of § 981(g)(2) so warrant, the Court GRANTS the motion and stays these proceedings until such time as the related criminal proceedings have been finally determined or upon further order of the Court.

SO ORDERED. This 13th day of September, 2019.

_____
LOUISE W. FLANAGAN
United States District Court Judge