IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-00049-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| A 2017 FORD F-150 RAPTOR | ) |
| VIN: 1FTFW1RG3HFC79502, | ) |
| | ) |
| Defendant. | ) |

## CONSENT ORDER OF FORFEITURE

By signing below, the undersigned parties have consented to the entry of this Order and have informed the Court of the following:

1. On April 5, 2019, the United States initiated this action by filing a civil complaint for forfeiture *in rem* of a 2017 Ford F-150 Raptor truck, bearing VIN No. 1FTFW1RG3HFC79502 (the "Defendant Vehicle").

2. The United States sent the requisite notice of the complaint and associated warrant to identified potential claimants, including Matthew J. Dantonio ("Claimant"), and published notice on an official internet government forfeiture site as required by the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture (the "Supplemental Rules").

3. On June 24, 2019, Claimant, through counsel, filed a Verified Claim to the Defendant Vehicle. [D.E. 6.]

4. No further verified claims or answers to the complaint from any other

party were received by the United States or filed with the Court within the time required by Rule G(5) of the Supplemental Rules.

5. On July 16, 2019, Claimant filed a consent motion for an extension of time to file an answer to the government's complaint, which extension was granted until August 14, 2019. [D.E. 7, 8].

6. On August 14, 2019, the day his answer was due, Claimant filed a motion to stay the civil forfeiture case pending resolution of a related criminal case. [D.E. 11.] The government did not contest the motion to stay and this Court issued an order staying the case on September 13, 2019. [D.E. 12.]

7. On November 13, 2019, Claimant filed a motion to withdraw his claim, stating that he is no longer contesting the forfeiture of the Defendant Vehicle. [D.E. 13.]

8. The parties have agreed to the entry of this Consent Order resolving the case.

It is, therefore,

ORDERED that the Defendant Vehicle shall be forfeited to the United States, to be disposed of by the United States according to law, and no right, title, or interest in the Defendant Vehicle shall exist in any other party;

ORDERED that each party shall bear its own attorneys' fees, costs and expenses in this litigation; and it is further

ORDERED that Claimant's motion to withdraw his claim [D.E. 13] is hereby denied as moot.

Upon the entry of this order, the Clerk of Court is DIRECTED to close this case.

SO ORDERED this 2nd day of December, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge

Consented to by:

_____
JOHN E. HARRIS
Assistant United States Attorney
*Attorney for United States of America*

_____
RAYMOND C. TARLTON
Tarlton Polk, PLLC
*Attorney for Claimant*